

UNITED STATES OF AMERICA

v.            CASE NO. 3:10CR225

UNIVERSAL LEAF TABACOS LTDA.,

Defendant

## ORDER

This matter is before the court for consideration of a report and recommendation by the Magistrate Judge regarding the Magistrate Judge's acceptance of the Defendant's plea of guilty to specified charges in the pending matter pursuant to a Fed. R. Crim. P. 11 proceeding conducted by the Magistrate Judge with the consent of the Defendant and counsel. It appearing that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that the Defendant was given notice of the right to file specific objections to the report and recommendation that has been submitted as a result of the proceeding; and it further appearing that no objection has been asserted within the prescribed time period, it is hereby

ORDERED that the report and recommendation of the Magistrate Judge is ADOPTED and the Defendant Corporation is found guilty of a Two Count Criminal Information.

/s/ REP
_____
Robert E. Payne
Senior United States District Judge

Dated: August 27, 2010
Nunc Pro Tunc August 24, 2010